# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ERIC P. MCNEIL

VERSUS

MARKETA GARNER WALKER, IN HER OFFICIAL CAPACITY AS SECRETARY OF THE STATE OF LOUISIANA, DEPARTMENT OF CHILDREN & FAMILY SERVICES, KELLY HAYNES DURBIN; JASON ARD, LIVINGSTON PARISH SHERIFF; SCOTT PERRILLOUX, DISTRICT ATTORNEY FOR THE 21ST JUDICIAL DISTRICT; DAVID GUIDRY AND MICHAEL WATTS

NOS. 2018 CA 1205

c/w 2018 CA 1206

c/w 2018 CA 1207

### CONSOLIDATED WITH

ERIC P. MCNEIL AND LAURIE L. MCNEIL

VERSUS

STATE OF LOUISIANA, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, JESSICA GILBERT, KELLY SENSENEY, SHERIFF OF LIVINGSTON PARISH, JASON ARD, DENNY PERKINS, CHARLIE ROBERTS

### CONSOLIDATED WITH

ERIC AND LAURIE MCNEIL

VERSUS

CAROL BARNETT HUBER, MICHELLE FAUST, STATE OF LOUISIANA DEPARTMENT OF CHILDREN AND FAMILY SERVICES

**OCT 18 2019**

---

In Re:    Eric P. McNeil, applying for rehearing, 19th Judicial District Court, Parish of East Baton Rouge, Nos. 650496 c/w 651528 c/w 652467.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**APPLICATION FOR REHEARING DENIED.** Uniform Rules of Louisiana Courts of Appeal, Rule 2-8.6; **Nordyke v. Continental Service Life & Health Ins. Co.,** 469 So.2d 35 (La. App. 1st Cir. 1985).

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT